IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Allen Michael Johnson, | ) | C/A No. 1:22-2575-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| North Augusta Department of Public Safety; Aiken County; Luke L. Sherman; Chris F. Toole; George A. Shaw; Jonathan L. Nelson; John C. Thomas; City of North Augusta, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, who is represented by counsel, filed this civil action against in the Aiken County Court of Common Pleas, and the defendants removed this action on August 5, 2022. (ECF No. 1.) Defendant Aiken County filed a motion for judgment on the pleadings on June 26, 2023. (ECF No. 34.) As of the date of this order, the remaining defendants have not filed a potentially dispositive motion regarding the merits of this case. These defendants are directed to file any dispositive motion on or before **July 21, 2023**, or otherwise advise the court as to whether the claims against these defendants are ready for trial.

**IT IS SO ORDERED.**

July 14, 2023
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE